UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

- Plaintiff,            Case No. 04-74719

vs.            Honorable: Patrick J. Duggan

MICHAEL REED AKA BREWINGTON,     Claim Number: 1999A14838
SS# XXX-XX-7210
     Defendant,
_____/

## ORDER RELEASING BANK GARNISHMENT

Upon the reading and filing of the above Petition, that the **JP MORGAN CHASE BANK, NA** is hereby released from any liability under said **BANK GARNISHMENT** and any funds should be restored to the principal defendant upon receipt of this document.

       s/Patrick J. Duggan
       Patrick J. Duggan
       United States District Judge

Dated: August 24, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 24, 2010, by electronic and/or ordinary mail.

       s/Marilyn Orem
       Case Manager